37 F.3d 1487
 Marks (Bruce), Steck (Kathy), o/b/o Voters of Second
District, Lorenzo (Emanuel), Colon (Lydia), Cruz (Lillian),
Irizarry (Diana), Martinez (Ruth), Rodriguez (Zoraida),
Vasquez (Yesenia), Republican State Committee
v.
Stinson (William), William Stinson Campaign, Philadelphia
County Board of Elections, Tartaglione (Margaret M.), Kane
(John F.), Talmadge (Alexander Z., Jr.), Various Doe and Roe
Defendants, Gogojewicz (Matthew), Lopez (Mark), Coyle (Mary),
 NOS. 94-1474, 94-1475, 94-1476, 94-1481, 94-1482
 United States Court of Appeals,
Third Circuit.
 Aug 18, 1994
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.